IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOLLGRADE COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) | 2:05-cv-1239 |
| v. | ) ) | |
| CAPELLA TELECOMMUNICATIONS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF COURT

AND NOW, this 13th day of September, 2005, IT IS HEREBY ORDERED that this action is referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1)(A) and (B) and the Local Rules for Magistrates, Rules LR 72.1.3 and LR 72.1.4.

IT IS FURTHER ORDERED that on each document filed the parties shall add to the caption under the Civil Action Number:

"JUDGE TERRENCE F. MCVERRY / MAGISTRATE JUDGE ROBERT C. MITCHELL" to reflect the name of the assigning judge and the magistrate judge to whom the case has been assigned.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:   United States Magistrate Judge Robert C. Mitchell

Kevin K. Douglass, Esquire
Email: kdouglass@bccz.com